# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **United States of America,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **Case No. 1:24-cr-00159-RP-1** |
| | § | |
| | § | |
| **Kristopher Richard Hebert (1),** | § | |
| *Defendant* | § | |

## <u>Order on Motion to Withdraw and Appoint New Counsel</u>

Now before the Court is Defendant Kristopher Richard Hebert's Motion to Terminate CJA Appointment, filed December 26, 2025. Dkt. 112.

The District Court referred the motion to this Magistrate Judge for resolution pursuant to 18 U.S.C. § 3006A(b), 28 U.S.C. § 636(b)(1)(A), and Rule 44 of the Federal Rules of Criminal Procedure. Dkt. 113. On January 6, 2026, the Court held a hearing on the Motion at which Defendant and his counsel were present.

The Court finds that there is good cause to appoint new counsel, and that Defendant has received notice.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Motion to Terminate CJA Appointment (Dkt. 112) is **GRANTED**. Robert Zamora is hereby **WITHDRAWN** and, consistent with the Court's Orders Regarding Financial Status and Appointing Counsel (Dkt. 48; Dkt. 49), **<u>Laurie Hess Drymalla #00794222</u>** is hereby **APPOINTED** as Defendant's counsel of record.

**SIGNED** on January 6, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE